UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:96-CR-00046-PMP-LRL |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| FERDINAND RICHARD BALCAR Jr., | ) | |
| | ) | |
| Defendant. | ) | |

The Court having read and considered Defendant Balcar's Motion to Dismiss the Indictment Due to Lack of Federal Jurisdiction (Doc. #157) filed August 22, 2011, and good cause appearing,

**IT IS ORDERED that** Defendant Ferdinand Balcar's Motion to Dismiss the Indictment Due to Lack of Federal Jurisdiction (Doc. #157) is **DENIED**.

DATED:  September 13, 2011.

_____
PHILIP M. PRO
United States District Judge