UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,           )        2:96-cr-00046-PMP-PAL
                                    )
            Plaintiff,              )
                                    )
vs.                                 )        **ORDER**
                                    )
FERDINAND RICHARD BALCAR, JR.,      )
                                    )
            Defendant.              )
_____ )

　　　　Before the Court for consideration are Defendant Balcar's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. #197) and Motion to Vacate, Set Aside, Correct Jury Conviction and Sentence (Doc.#198), filed May 19, 2014.  In it's response to these Motions (Doc. #200), the Government chronicles the procedural history of this case and demonstrates clearly that Defendant Balcar has not received authorization from the United States Court of Appeals to file the instant successive 2255 Motions, and, therefore, that this Court lacks jurisdiction to consider the relief requested.

　　　　**IT IS THEREFORE ORDERED** that Defendant Balcar's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. #197) and Motion to Vacate, Set Aside, Correct Jury Conviction and Sentence (Doc.#198) are DENIED.

Dated: June 23, 2014

PHILIP M. PRO
United States District Judge