```
___FILED        ___RECEIVED
___ENTERED      ___SERVED ON
                COUNSEL/PARTIES OF RECORD

         NOV 1 7

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:96-CR-046-KJD-PAL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FERDINAND RICHARD BALCAR JR. | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#55) on May 5, 1997. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $4,054.01

Name of Payee: US BANK
Amount of Restitution: $7,898.00

**Total Amount of Restitution ordered:** $11,952.01

Dated this ___12th___ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE