# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:96-cr-00046-KJD-PAL |
| Plaintiff, | ORDER |
| v. | |
| FERDINAND RICHARD BALCAR, JR., | |
| Defendant. | |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to July 29, 2021, and the Government will have 14 days from the day the Supplement is filed, to file a response.

DATED this 15th day of July 2021.

_____
UNITED STATES DISTRICT JUDGE