UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FERDINAND RICHARD BALCAR, JR.,<br><br>    Defendant. | Case No. 2:96-cr-00046-KJD-PAL<br><br>ORDER |

    IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended for one hundred and twenty (120) days, and the Government will have 14 days from the day the Supplement is filed to file a response.

    DATED this <u>10th</u> day of August, 2021.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE