RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Ferdinand Richard Balcar, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FERDINAND RICHARD BALCAR, JR.,<br><br>　　　　Defendant. | Case No. 2:96-cr-00046-KJD-PAL<br><br>**Stipulation to Continue Supplement's Deadline to Motion for Compassionate Release**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason Freirson, United States Attorney, and Elizabeth White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Ferdinand Richard Balcar, Jr., request that the due date for Mr. Balcar's Supplement to Motion for Compassionate Release (ECF No. 249), be extended until January 31, 2023.

　　　　This Stipulation is entered into for the following reasons:

1.　　　　The Court previously granted the parties request for a stipulation to continue the supplement date. Unfortunately, due to a calendar error, counsel did not file

by that date. Defendant's family recently reached out about the status of his case. Counsel then realized her mistake and contacted the government.

2. Counsel is in trial starting December 5, 2022 and is taking leave around the holidays. Counsel therefore requests this Court allow defense until January 31, 2023 to file a supplement.

3. The parties agree to the continuance.

4. Mr. Balcar does not object to the continuance.

5. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the third request for a continuance of the supplement deadline.

DATED this 30th of November, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Heidi Ojeda*<br>HEIDI OJEDA<br>Assistant Federal Public Defender | By */s/ Elizabeth White*<br>ELIZABETH WHITE<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FERDINAND RICHARD BALCAR, JR.,<br><br>    Defendant. | Case No. 2:96-cr-00046-KJD-PAL<br><br>ORDER |

    IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended until January 31, 2023, and the Government will have until February 14, 2023, to file a response.

    DATED this 2nd day of December 2022.

_____
UNITED STATES DISTRICT JUDGE